AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Prost, Sharon | Federal Circuit | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Appeals, Fed Cir
717 Madison Pl., NW
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Bar Association | 01/05-08/2011 | Vail, CO | Conference panelist | Transportation, food, lodging |
| 2. | Association of Corporate Counsel | 01/23-25/2011 | Naples, FL | Conference panelist | Transportation, food, lodging |
| 3. | New York Intellectual Property Law Association | 03/25-26/2011 | New York City, NY | Annual Judges' Dinner | Transportation, food, lodging |
| 4. | Cornell Law School | 04/09-10/2011 | Ithaca, NY | Moot Court Judge | Transportation, food, lodging |
| 5. | Atlanta Bar Association IP Section | 04/29-30/2011 | Adairsville, GA | Conference panelist | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/14/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Intellectual Property Owners Education Foundation | 05/20-26/2011 | Brussels, Belgium | Conference panelist | Transportaton, food, lodging |
| 7. | Federal Circuit Bar Association | 06/22-25/2011 | Key Biscayne, FL | Conference panelist | Transportation, food, lodging |
| 8. | Federal Circuit Bar Assoc. (with the US Patent and Trademark Office) | 10/23-31/2011 | Tokyo, Japan | Conference panelist | Transportation, food, lodging |
| 9. | Intellectual Property Section of the State Bar of Georgia | 11/10-13/2011 | Los Cabos, Mexico | Conference panelist | Transportation, food, lodging |
| 10. | Austin Intellectual Property Law Association | 12/12-13/2011 | Austin, TX | Dinner speaker | Transportation, food, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML Fundamental Growth Mutual Fund | | None | J | T | | | | | |
| 2. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 3. Reserve Prime Money Market | A | Dividend | | | Redeemed | 01/31/11 | J | A | |
| 4. General Electric Company | A | Dividend | J | T | | | | | |
| 5. Pioneer - Pioneer Value Fund CIA | A | Dividend | K | T | | | | | |
| 6. American Funds - SmallCap World Fund Inc. CIA (Am. Century) | | None | J | T | Sold (part) | 10/31/11 | J | A | |
| 7. WGL Holdings Inc. | C | Dividend | K | T | | | | | |
| 8. American Funds - Capital World Growth Income Fund CIB (Am Gr | | None | | | Sold | 04/11/11 | J | A | |
| 9. Rental Property, Silver Spring, MD | D | Rent | M | W | | | | | |
| 10. United States Senate FCU - Account | B | Interest | M | T | | | | | |
| 11. United States Senate - ROTH IRA | A | Interest | J | T | | | | | |
| 12. Pioneer - Pioneer Mid-Cap Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 13. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 14. PNC Bank - IRA | A | Interest | J | T | | | | | |
| 15. U.S. Government Fund - The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 16. Merill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |
| 17. PNC Bank - CDs | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds - Euro Pac Growth | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 19. Goldman Sachs TR Mid-Cap Value Fund | | None | J | T | | | | | |
| 20. Pentair Inc. | A | Dividend | J | T | | | | | |
| 21. American Century New Opportunities | | None | J | T | | | | | |
| 22. Eaton Vance Large Cap Value | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 23. Hartford Growth Opportunities | | None | J | T | Sold (part) | 10/31/11 | J | A | |
| 24. Artio Global Investment Funds International Equity II I | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 25. Blackrock Global | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 26. Dreyfus Appreciation | A | Dividend | J | T | Buy | 04/11/11 | J | | |
| 27. Dreyfus Appreciation | A | Dividend | | | Sold (part) | 10/31/11 | J | A | |
| 28. Royce Pennsylvania Mutual Fund | A | Dividend | J | T | Sold (part) | 10/31/11 | J | A | |
| 29. Thornburg International Value Fund | A | Dividend | J | T | Buy (add'l) | 10/31/11 | J | | |
| 30. Wells Fargo Adv Emerging Growth | | None | J | T | Buy | 08/31/11 | J | | |
| 31. Wells Fargo Advantage Small Cap Growth Admin Frac | | None | | | Sold | 08/31/11 | J | A | |
| 32. Westcore Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 10/31/11 | J | A | |
| 33. iShares Russell 1000 Growth Index Fund | A | Dividend | J | T | Sold (part) | 11/01/11 | J | A | |
| 34. iShares Russell 1000 Value Index Fund | A | Dividend | J | T | Sold (part) | 11/01/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Prost, Sharon | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ohio (Bldg Auth) | A | Interest | K | T | | | | | |
| 36. Jefferson County, CO | A | Interest | K | T | | | | | |
| 37. Oregon St. Dpt. Admin. | A | Interest | K | T | | | | | |
| 38. Spring Branch, TX Indpt. School Dist. | A | Interest | K | T | | | | | |
| 39. San Antonio, TX Elec. & Gas Rev. | A | Interest | | | Sold | 11/04/11 | K | A | |
| 40. New York, NY Trans. Fin. Auth. | A | Interest | | | Sold | 12/05/11 | K | B | |
| 41. University Tex. | A | Interest | K | T | | | | | |
| 42. Energy Northwest Wa. Elec. | A | Interest | | | Sold | 11/30/11 | K | A | |
| 43. Met. Nsh-Dvd TN Elec. Rev. | A | Interest | | | Sold | 07/25/11 | K | A | |
| 44. Georgia | A | Interest | K | T | | | | | |
| 45. Ohio St Major New St Infrastructure | A | Interest | J | T | | | | | |
| 46. MFS Value1 Fund | A | Dividend | J | T | | | | | |
| 47. Clackamas OR Cmty College | A | Interest | K | T | | | | | |
| 48. NY St EFC St Cln-Drinking Wtr | A | Interest | K | T | | | | | |
| 49. Tampa Fla Sales Tax Rev RF | A | Interest | K | T | Buy | 08/03/11 | K | | |
| 50. New Jersey St Tran TR FD Auth | A | Interest | K | T | Buy | 11/07/11 | K | | |
| 51. California Health Facs Fing Auth Rev | A | Interest | K | T | Buy | 12/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virginia St PSA Sch Fing | A | Interest | K | T | Buy | 12/02/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon Prost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544